IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LELAND FOSTER | Case No. 3:20-cv-1901 |
| Plaintiff, | Judge Knepp |
| V. | **FINAL JUDGMENT ENTRY** |
| BARONE BROTHERS, LLC, AN OHIO LIMITED LIABILITY COMPANY | Paul R. Bonfiglio (0041484)<br>Attorney for Defendant<br>300 Madison Avenue, Suite 1406<br>Toledo, OH 43604<br>Telephone: (419) 242-3900<br>Fax: (419) 242-6446<br>paul_bonfiglio@staffdefense.com |
| Defendant. | |

The parties hereto, by and through counsel, hereby represent to the court that all matters pertaining to this case have been resolved and that the matter should be dismissed in its entirety, including all cross-claims and counterclaims, with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED this action is dismissed in its entirety, including all cross-claims and counterclaims, with prejudice, at the cost of the defendant. Notwithstanding this dismissal, the court retains jurisdiction for the purpose of enforcing the terms of the settlement.

_____            _____
Date                                                                        Judge
APPROVED:

/s/ Owen B. Dunn, Jr.                                 /s/Paul R. Bonfiglio
Owen B. Dunn, Jr.                                      Paul R. Bonfiglio
Attorney for Plaintiff                                  Attorney for Defendant
Leland Foster                                             Barone Brothers, LLC

/s/ Valerie J. Fatica, Esq.
Valerie J. Fatica, Esq.
Attorney for Plaintiff
Leland Foster